

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-26-00040-CV

CHRISTOPHER JONES, AND/OR ALL OCCUPANTS OF 109 EVENING STAR CIR,
RED OAK, TX 75154, Appellants

V.

TAH TEXAS SERVICES, LLC, D/B/A TRICON RESIDENTIAL, Appellee

On Appeal from the County Court at Law
Ellis County, Texas
Trial Court No. 25-C-4119

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Appellant, Christopher Jones, filed his notice of appeal[1] in this matter on March 5, 2026. The appellate record in this appeal was due to be filed with this Court on or before April 24, 2026. Both the county clerk and the court reporter in this matter informed our clerk's office that Appellant had neither made nor arranged payment for the preparation of these records.

Appellant is not indigent and is therefore responsible for payment of the fees for preparing the appellate record. *See* TEX. R. APP. P. 20.1; 35.3(a)(2), (b)(3); 37.3(b), (c). By letter dated May 4, 2026, the clerk of this Court notified Appellant of this defect and afforded him an opportunity to cure it. We also warned Appellant that if we did not receive an adequate response to our letter within ten days of its date, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b). We received no response from Appellant to our May 4 correspondence. Consequently, this appeal is ripe for dismissal.

Therefore, pursuant to Rule 37.3 of the Texas Rules of Appellate Procedure, subsections (b) and (c), and Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b)

Scott E. Stevens
Chief Justice

Date Submitted:    May 27, 2026
Date Decided:      May 28, 2026

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.). We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.